[SERVICE COPY] / [RETURN COPY]

| (101) CITATION: PETITION FOR BREACH OF CONTRACT AND DAMAGES; | 220131-8244-3 |

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

CHAD PITFIELD, NINA PITFIELD
versus
GEOVERA SPECIALTY INSURANCE COMPANY

Case: 824-621   Div: "P"
P 1 CHAD PITFIELD

To: GEOVERA SPECIALTY INSURANCE COMPANY
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE LA 70809

SERVED ON
R. KYLE ARDOIN

#2155 $50.00 S/S
#2154 $39.36 SEBR

FEB 10 2022

SECRETARY OF STATE
COMMERCIAL DIVISION

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR BREACH OF CONTRACT AND DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within (21) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney PRESTON L. HAYES and was issued by the Clerk of Court on the 31st day of January, 2022.

/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR BREACH OF CONTRACT AND DAMAGES;                    220131-8244-3

Received:_____ Served:_____ Returned:_____

Service was made:
___ Personal          ___ Domiciliary _____

Unable to serve:
___ Not at this address       ___ Numerous attempts _____ times
___ Vacant                    ___ Received too late to serve
___ Moved                     ___ No longer works at this address
___ No such address           ___ Need apartment / building number
___ Other _____

Service: $_____  Mileage: $_____  Total: $_____
Completed by:_____ #_____
                Deputy Sheriff
Parish of: _____

**EXHIBIT 1**

# State of Louisiana
## Secretary of State

02/11/2022

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

GEOVERA SPECIALTY INSURANCE COMPANY
C/O CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802-5921

Suit No.: 824621
24TH JUDICIAL DISTRICT COURT
JEFFERSON PARISH

CHAD PITFIELD, ET AL
vs
GEOVERA SPECIALTY INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: M. LOCKWOOD

Date: 02/10/2022
Title: DEPUTY SHERIFF

No: 1225664



TG

**EXHIBIT 1**

Case 2:22-cv-00622-LMA-MBN Document 1-1 Filed 03/10/22 Page 3 of 9

Filed by: Fax
Date: 1-24-22
Time: 2:16 PM
Deputy Clerk S/S. MAUTERER
(SEE ATTACHED LOG)

Rec via mail
FILED FOR RECORD 01/27/2022 15:02:00
Shelby M. Mauterer, DY CLERK
JEFFERSON PARISH, LA

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON
### STATE OF LOUISIANA

NO. 824-621　　　　　　　　　　　　　　　　　　　DIVISION: "P"

### CHAD PITFIELD AND NINA PITFIELD
### VERSUS
### GEOVERA SPECIALTY INSURANCE COMPANY

FILED: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

### PETITION FOR BREACH OF CONTRACT AND DAMAGES

The petition of Chad Pitfield and Nina Pitfield, persons of the age of majority and domiciled in Jefferson Parish, State of Louisiana, respectfully represents:

1.

The following is made defendant herein:

a. **GEOVERA SPECIALTY INSURANCE COMPANY**, a foreign insurance company licensed to do, and doing business in Jefferson Parish, State of Louisiana.

2.

Venue is proper in the Parish of Jefferson pursuant to the Louisiana Code of Civil Procedure because a substantial part of the events and/or omissions giving rise to Petitioners' claims occurred within this Parish, and/or a substantial part of property that is the subject of the action is situated within this Parish and State.

3.

This Court has personal jurisdiction over the parties and subject matter jurisdiction to hear the actions presented in this suit.

### FACTUAL BACKGROUND

4.

At all relevant times, Petitioners owned a home located at 6 Macomb Court, in Kenner Louisiana 70065 (hereinafter referred to as the "home" or "property"), which forms the subject of this lawsuit.

5.

Petitioners entered into a policy or contract of insurance with the defendant, GEOVERA SPECIALTY INSURANCE COMPANY, (hereinafter sometimes referred to as "Defendant" or

**EXHIBIT 1**

"insurer") with the reasonable expectation that the Defendant would abide by the terms of the policy and pay for any covered losses. All policy associated premiums were timely paid.

6.

Defendant issued an insurance policy to Petitioners covering their home and bearing policy number FL80004151. Said policy or contract of insurance provided Petitioners with coverage for incidents and damages as alleged herein. This policy or contract of insurance was in full force and effect on August 29, 2021, the date of loss of which is complained herein.

7.

On or about August 29, 2021, a deadly and destructive Category 4 hurricane (Hurricane Ida) made landfall, with a wind peak gust of 150 mph, causing damage to Petitioners' home.

8.

Petitioners timely reported the damage by filing a claim, seeking payments to have their home repaired and damaged contents replaced.

9.

Despite being fully apprised of the true loss amount of loss covered under the policy, Defendant refused to provide proper coverage and payment for the loss. Defendant omitted damaged items within the claim, underpriced items, and failed to promptly investigate and adjust the claim.

## BREACH OF CONTRACT

10.

Petitioners reallege and reaver the allegations contained in Paragraphs 1-9, hereinabove as if fully restated.

11.

Defendant has denied coverage owed to Petitioners for the insurance claim made by Petitioners arising out of the loss which occurred on or about August 29, 2021.

12.

Defendant breached its contract of insurance between the parties by failing to adequately compensate Petitioners for the damage to Petitioners' property, as alleged herein.

**EXHIBIT 1**

## BAD FAITH INSURANCE CLAIM HANDLING

13.

Petitioners reallege and reaver the allegations contained in Paragraphs 1-12 hereinabove, as if fully restated.

14.

Defendant failed to pay or make a written offer to settle the claim within thirty (30) days after receipt of satisfactory proof of loss in violation of La. R.S. §22:1892.

15.

Defendant did not adequately adjust, investigate, and pay Petitioners' insurance claim by undervaluing the damage sustained due to a covered event.

16.

Defendant engaged in conduct in the adjustment of Petitioners' claim that was arbitrary, capricious, and/or without probable cause, including but not limited to purposefully or negligently refusing to properly adjust the claim in good faith and failing to pay timely for damages Defendant knew, or should have known existed at the time of the adjustment of the claim.

17.

The omissions, actions, and/or inactions of Defendant in failing to adequately compensate Petitioners for the covered losses sustained to the property covered under the relevant policy of insurance were arbitrary, capricious, and without probable cause as those terms are used in connection with La. R.S. §22:1892 and §22:1973, making Defendant liable to Petitioners for statutory bad faith penalties.

## DAMAGES

18.

Petitioners reallege and reaver the allegations contained in Paragraphs 1-17 hereinabove, as if fully restated.

19.

As a result of Defendant's breach of contract and/or bad faith claims adjusting practices Petitioners avers that they suffered and are entitled to recover the following nonexclusive list of damages past, present, and future, to-wit:

**EXHIBIT 1**

a. Full value of the property damage to Petitioners' property, including but not limited to dwelling, other structures, personal property/contents, and loss of use;

b. Additional repair and remediation expenses;

c. All Consequential damages;

d. All Compensatory damages;

e. Recoverable depreciation;

f. Mental pain and anguish, emotional distress, and inconvenience;

g. Penalties as provided in La. R.S. §§ 22:1892 and 22:1973;

h. Attorney's fees and costs; and

i. Any and all other relief that the Court deems just and proper

WHEREFORE, Petitioners, Nina Pitfield and Chad Pitfield, pray that Defendant, GEOVERA SPECIALTY INSURANCE COMPANY, be served with a copy of this Petition and cited to appear and answer same; that after all due proceedings had, there be judgment in their favor and against the Defendant, GEOVERA SPECIALTY INSURANCE COMPANY, for such damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, all statutory penalties and attorney's fees, for all costs of these proceedings, and all general and equitable relief available.

Respectfully Submitted,

AMO TRIAL LAWYERS, L.L.C.,

*/s/*

DAVID W. ARDOIN, (L.B.N. 24282)
PRESTON L. HAYES (L.B.N. 29898)
RYAN P. MONSOUR (L.B.N. 33286)
MATTHEW D. ORY, (L.B.N. 31906)
BARRY W. SARTIN, JR. (L.B.N. 34075)
3850 N. Causeway Blvd., Suite 590
Metairie, Louisiana 70002
Telephone: (504) 356-0110
Facsimile: (504) 356-0112
preston@amotriallawyers.com
*Attorneys for Plaintiffs*

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
*Norma Muscarello*
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

**EXHIBIT 1**

**PLEASE SERVE:**

**GEOVERA SPECIALTY INSURANCE COMPANY**
*Through its registered agent for service of process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**EXHIBIT 1**

rec via mail

Filed by: Fax
Date: 1-24-22
Time: 2:16 PM
Deputy Clerk S/S. MAUTERER
(SEE ATTACHED LOG)

FILED FOR RECORD 01/27/2022 15:02:00
Shelley M. Mauterer, DY CLERK
JEFFERSON PARISH, LA

**LOUISIANA CIVIL CASE REPORTING**
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Chad Pitfield and Nina Pitfield     vs. GeoVera Specialty Insurance Company

Court: 24th Judicial District      Docket Number: 824-621

Parish of Filing: Jefferson       Filing Date: 1/24/2022

Name of Lead Petitioner's Attorney: Preston L. Hayes

Name of Self-Represented Litigant: _____

Number of named petitioners: 2     Number of named defendants: 1

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- ☐ Auto: Personal Injury
- ☐ Auto: Wrongful Death
- ☐ Asbestos: Property Damage
- ☐ Product Liability
- ☐ Intentional Bodily Injury
- ☐ Intentional Wrongful Death
- ☐ Business Tort
- ☐ Defamation
- ☐ Environmental Tort
- ☐ Intellectual Property
- ☐ Legal Malpractice
- ☐ Other Professional Malpractice
- ☐ Maritime
- ☐ Wrongful Death
- ☐ General Negligence
- ☐ Auto: Property Damage
- ☐ Auto: Uninsured Motorist
- ☐ Asbestos: Personal Injury/Death
- ☐ Premise Liability
- ☐ Intentional Property Damage
- ☐ Unfair Business Practice
- ☐ Fraud
- ☐ Professional Negligence
- ☐ Medical Malpractice
- ☐ Toxic Tort
- ☐ Other Tort (describe below)
- ☐ Redhibition
- ☐ Class action (nature of case)

Hurricane Claim

Please briefly describe the nature of the litigation in one sentence of additional detail:

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:
Name Preston L. Hayes       Signature _____
Address 3850 N. Causeway Blvd. Suite 590 Metairie, LA 70002
Phone number: 504-356-0110    E-mail address: plh@hmsfirm.com

**EXHIBIT 1**

**CERTIFIED MAIL**

R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125



`1970 0000 4782 0271`

FIRST CLASS



US POSTAGE — PITNEY BOWES

ZIP 70802
02 4W    $ 004.48
0000382768 FEB. 11. 2022

`70802$5921-C001`

SS104 (R 06/18)

**EXHIBIT 1**